# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| ADRIAN FATAN | § | |
| | § | |
| v. | § | Case No. 4:11cv812 |
| | § | (Judge Schneider/Judge Mazzant) |
| FRED TILLMAN | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On February 3, 2012, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that City of Denison, Texas' Motion to Dismiss Plaintiff's State Tort Law Claims Against Defendant Fred Tillman (Dkt. No. 10) be denied.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that City of Denison, Texas' Motion to Dismiss Plaintiff's State Tort Law Claims Against Defendant Fred Tillman (Dkt. No. 10) is DENIED

**It is SO ORDERED.**

**SIGNED this 1st day of March, 2012.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE