# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| ADRIAN FATAN | § | |
| | § | |
| V. | § | CASE NO. 4:11-CV-812 |
| | § | |
| FRED TILLMAN | § | |

## FINAL JUDGMENT

This action came on for trial before the Court and a jury, the Honorable Amos L. Mazzant, United States Magistrate Judge, presiding. At the conclusion of the case, the Court submitted Plaintiff Adrian Fatan's 42 U.S.C. § 1983 claims for illegal entry, illegal arrest, and false imprisonment, and Texas state law claim to the jury. The issues having been duly tried, and the jury having duly rendered its verdict against Plaintiff Adrian Fatan and for Defendant Fred Tillman, it is **ORDERED** and **ADJUDGED** that Plaintiff, Adrian Fatan, take nothing and that the complaint and Plaintiff's claims against Defendant be **DISMISSED WITH PREJUDICE**.

All relief not previously granted is hereby **DENIED**.

**IT IS SO ORDERED**.
**SIGNED this 9th day of January, 2014.**

_____
AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE